IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. 4:23-cr-00008-RRB-SAO |
| vs. | **ORDER OF DISMISSAL** |
| CANDY CORTY, | **WITH PREJUDICE** |
| Defendant. | |

During the Imposition of Sentence Hearing of co-Defendant Brian Keith Corty on May 3, 2024, the U.S. Attorney made an oral motion to dismiss counts 1, 2, 3, and 4 of the Indictment against Candy Corty. The Court GRANTED said motion.

Therefore, the Clerk of Court is directed to enter a Judgment of Discharge as to Candy Corty.

IT IS SO ORDERED this 6th day of May, 2024, at Anchorage, Alaska.

*/s/ Ralph R. Beistline*
RALPH R. BEISTLINE
Senior United States District Judge